UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **VICTOR L. DURDEN**<br>DOC #444754 | : | **CIVIL ACTION NO. 5:17-cv-214**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE ELIZABETH E. FOOTE** |
| **JUDGE EUGENE BRYSON** | : | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Record Document 8] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant action be **DISMISSED WITHOUT PREJUDICE** because the instant complaint, though brought under § 1983, constitutes a second or successive *habeas* petition within the meaning of 28 U.S.C. § 2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED** on this 25th day of Oct., 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE